ERIC LEVINRAD (State Bar No. 169025)
  elevinrad@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone:  (310) 478-4100
Facsimile:   (310) 479-1422

Attorneys for Defendant CUEBIQ, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAEDAE, INC. d/b/a GIMBAL, GIMBAL, INC., <br><br>        Plaintiffs, <br><br>    vs. <br><br> CUEBIQ, INC., <br><br>        Defendant. | Case No. 3:23-cv-00335-L-DEB <br><br> **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** <br><br> Judge:  Hon. M. James Lorenz <br><br> Trial Date:         None |

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant
2  Cuebiq, Inc. makes the following disclosures:
3  Cuebiq, Inc. has no parent company and no publicly-traded company owns
4  10% or more of Cuebiq, Inc.'s stock.

6  DATED:  March 24, 2023           WOLF, RIFKIN, SHAPIRO,
7                                   SCHULMAN & RABKIN, LLP

9                                   By:  /s/ Eric Levinrad
10                                       ERIC LEVINRAD
11                                  Attorneys for Defendant CUEBIQ, INC.