UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAEDAE, INC. D/B/A GIMBAL, GIMBAL, INC.,<br>Plaintiffs and Counterclaim Defendants,<br>v.<br>CUEBIQ, INC.,<br>Defendant,<br>v.<br>CUEBIQ GROUP, LLC,<br>Defendant and Counterclaim Plaintiff. | Case No.: 3:23-cv-00335-JAH-DEB<br>Related Case No.: 3:25-cv-02255-JAH-DEB<br>**ORDER GRANTING JOINT MOTION TO STAY BOTH ACTIONS**<br>**[Dkt. No. 55]** |

Before the Court is the Joint Motion to Stay Both Actions[1] filed by Plaintiffs and Counterclaim Defendants PaeDae, Inc. d/b/a Gimbal and Gimbal, Inc. and Defendant and

[1] On September 30, 2026, *PaeDae, Inc. v. Cuebiq, Inc.*, No. 3:23-cv-00335-JAH-DEB ("*Cuebiq I*") and *Cuebiq Grp., LLC v. PaeDae, Inc.*, No. 3:25-cv-02255-JAH-DEB ("*Cuebiq II*") were consolidated into one action. *Cuebiq I*, Dkt. No. 45.

Counterclaim Plaintiff Cuebiq Group, LLC (collectively, the "Parties"[2]). Dkt. No. 55 ("Motion"). The Parties represent that on or about October 12, 2026, the Parties "reached an agreement in principle that would result in a resolution of the Parties' claims in *Cuebiq I* and *Cuebiq II*." *Id*. at 3. Thus, the Parties jointly move for a stay of the above-captioned consolidated actions to allow the Parties to finalize and memorialize a settlement agreement and thereby promote efficiency for the Parties and the Court. *Id*.

In light of the record before the Court, the Parties' Motion, and with good cause appearing, the Court **GRANTS** the Motion. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). Accordingly, IT IS **HEREBY ORDERED**:

1. The above-captioned consolidated actions, including all pending dates and deadlines, are **STAYED** for sixteen (16) days, until **October 30, 2026**.
2. The Parties shall file a **Joint Status Report** on the progress of the Parties' settlement agreement no later than **October 30, 2026**.

IT IS SO ORDERED.

DATED: October 14, 2026

JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

[2] Cuebiq, Inc. ("Cuebiq"), also a party in both consolidated actions, has not appeared or otherwise participated in either of the actions since the Clerk of Court entered default against Cuebiq in each action. *See Cuebiq I* (S.D. Cal. Apr. 30, 2024), Dkt. No. 32; *Cuebiq II* (S.D. Cal. Mar. 16, 2026), Dkt. No. 112.